**No. P68/246.**—Mosom Export Import Corp. *v.* United States, protest 67/68096 (New York).

Ford, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of woven fabrics in the piece with fibers wholly of silk similar in all material respects to those the subject of *Pongees Corp. et al.* v. *United States* (44 Cust. Ct. 496, Abstract 64266), the claim of the plaintiff was sustained.

Before the Second Division, May 27, 1968

**No. P68/247.**—W. R. Zanes & Company *v.* United States, protests 59/18805 and 60/2193 (Houston).

**No. P68/248.**—Advance Brokers, Ltd., et al. *v.* United States, protests 60/22068, etc. (Boston).

**No. P68/249.**—Margro Trading Corporation *v.* United States, protest 60/26141 (New York).

**No. P68/250.**—Heidemann Industries, Inc. *v.* United States, protest 60/31347 (Tampa).

**No. P68/251.**—Margro Trading Corp. *v.* United States, protest 61/9082 (Philadelphia).

Beckworth, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bicycles, with or without tires having wheels in diameter (measured to the outer circumference of the tire) over 25 inches, weighing less than 36 pounds complete without accessories, and not designed for use with tires having a cross-sectional diameter exceeding 1⅝ inches and that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co., Mangano Cycles Co.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.